# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Hector Escobar-Gonzalez,<br>a.k.a.: Hector Escobar Gonzalez,<br>(A 088 673 659)<br>*Defendant* | Case No. 16-6489mJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 7, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Hector Escobar-Gonzalez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Brownsville, Texas, on or about June 15, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Amy Brown

☒ Continued on the attached sheet.

*Complainant's signature*

Barry P. Jansen,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 3, 2016

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Barry P. Jansen, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On April 7, 2016, Hector Escobar-Gonzalez was booked into the Maricopa County Jail (MCJ) intake facility by the Glendale Police Department on local charges. While incarcerated at the MCJ, Escobar-Gonzalez was examined by ICE Officer R. Fields who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 2, 2016, Escobar-Gonzalez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Escobar-Gonzalez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Hector Escobar-Gonzalez to be a citizen of Mexico and a previously deported criminal alien. Escobar-Gonzalez was removed from the United States to Mexico through Brownsville, Texas, on or about June 15,

1

2012, pursuant to the reinstatement of a removal order issued by an immigration judge. There is no record of Escobar-Gonzalez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Escobar-Gonzalez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Hector Escobar-Gonzalez was convicted of Re-Entry of Removed Alien, a felony offense, on August 23, 2010, in the United States District Court, District of Arizona. Escobar-Gonzalez was sentenced to thirty (30) months' imprisonment and three (3) years' supervised release. Escobar-Gonzalez's criminal history was matched to him by electronic fingerprint comparison.

5. On November 2, 2016, Hector Escobar-Gonzalez was advised of his constitutional rights. Escobar-Gonzalez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Escobar-Gonzalez stated that his true and complete name is Hector Escobar-Gonzalez and that he is a citizen of Mexico. Escobar-Gonzalez claimed he entered the United States "Diciembre 2015 ilegal," by the "Tijuana," border without being inspected or receiving permission to enter the United States by the Department of Homeland Security or Attorney General.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about April 7, 2016, Hector Escobar-Gonzalez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Brownsville, Texas, on or about June 15, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Barry R. Jansen,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 3rd day of November, 2016.

_____
David K. Duncan,
United States Magistrate Judge

3